ORIGINAL

08-3851 PJH

PJH
530

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name  Reyes        Gabriel        R.
          (Last)         (First)       (Initial)

3  Prisoner Number  C·88996    PELICAN BAY STATE PRISON

4  Institutional Address  P.O. BOX 7500    DS-121

5  Crescent City, Ca. 95531

6  ===================================================

7  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

8  Gabriel Ralph Reyes                    )
   (Enter the full name of plaintiff in this action.)  )

9                                         )      CV 08 3851
              vs.                         )   Case No. _____
10                                        )   (To be provided by the clerk of court)
   Robert Horel, warden                   )
11        et.al.                          )   PETITION FOR A WRIT      (PR)
                                          )   OF HABEAS CORPUS
12                                        )
13                                        )
                                          )   E-filing
14  _____             )
   (Enter the full name of respondent(s) or jailor in this action.)  )
15                                        )

16  =================================================
                Read Comments Carefully Before Filling In

17  When and Where to File

18      You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23      If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1  Who to Name as Respondent

2    You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6    If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11    1. What sentence are you challenging in this petition?

12      (a)   Name and location of court that imposed sentence (for example; Alameda

13         County Superior Court, Oakland):

14      <u>Disciplinary Hearing</u>         <u>Pelican Bay State Prison</u>

15         Court                    Location

16      (b)   Case number, if known <u>RVR Log# DO6-07-0021</u>

17      (c)   Date and terms of sentence <u>8/11/06   (see below 2.)</u>

18      (d)   Are you now in custody serving this term? (Custody means being in jail, on

19         parole or probation, etc.)          Yes <u>✓</u>    No _____

20         Where?

21         Name of Institution: <u>Pelican Bay State Prison</u>

22         Address: <u>P.O. Box 7500, Crescent City, CA. 95531</u>

23    2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  <u>unauthorized business dealings C.C.R. Title 15 §3024(a): Assessed 30 days credit loss;</u>

27  <u>4 points added to classification score increasing custody; Banned correspondence with Ms. Ghiz;</u>

28  <u>Banned from donating Art work and pro-se to Non-Profit groups</u>

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1      3. Did you have any of the following?

2           Arraignment:                              Yes ✓      No _____

3           Preliminary Hearing:                  Yes ✓      No _____

4           Motion to Suppress:                   Yes _____    No ✓

5      4. How did you plead?

6           Guilty _____   Not Guilty ☒   Nolo Contendere _____

7           Any other plea (specify) _____

8      5. If you went to trial, what kind of trial did you have?

9           ~~Jury~~ _____   ~~Judge alone~~ _____   Judge alone on a transcript _Senior Hearing Officer_

10     6. Did you testify at your trial?                   Yes ✓    No _____

11     7. Did you have an attorney at the following proceedings:

12          (a)   Arraignment                   Yes _____    No ✓

13          (b)   Preliminary hearing          Yes _____    No ✓

14          (c)   Time of plea                  Yes _____    No ✓

15          (d)   Trial                        Yes _____    No ✓

16          (e)   Sentencing                  Yes _____    No ✓

17          (f)   Appeal                     Yes _____    No ✓

18          (g)   Other post-conviction proceeding   Yes ✓    No _____

19     8. Did you appeal your conviction?               Yes ✓    No _____

20          (a)   If you did, to what court(s) did you appeal?

21                Court of Appeal              Yes ✓    No _____

22                Year: _4/2008_    Result: _Denied_

23                Supreme Court of California    Yes ✓    No _____

24                Year: _6/2008_    Result: _Denied_

25                Any other court _Superior court_   Yes ✓    No _____

26                Year: _2/2008_    Result: _Denied_

27

28          (b)   If you appealed, were the grounds the same as those that you are raising in this

1    petition?                                      Yes ✓      No____

2    (c)   Was there an opinion?                    Yes ✓      No____

3    (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4                                                    Yes ____   No ✓

5          If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?        Yes ✓      No_____

10         [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition.  You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15   U.S.C. §§ 2244(b).]

16   (a)   If you sought relief in any proceeding other than an appeal, answer the following

17         questions for each proceeding.  Attach extra paper if you need more space.

18   I.    Name of Court: _California Supreme Court_

19         Type of Proceeding: _Motion for Reconsideration and clarification_

20         Grounds raised (Be brief but specific):

21         a. _Same_

22         b. _____

23         c. _____

24         d. _____

25         Result: _Returned unheard by clerk_ Date of Result: _7/2008_

26   II.   Name of Court: _____

27         Type of Proceeding: _____∅_____

28         Grounds raised (Be brief but specific):

a._____

b._____

c._____ ∅ _____

d._____

Result: _____ Date of Result:_____

III    Name of Court: _____          _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____ ∅ _____

c._____

d._____

Result: _____ Date of Result:_____

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____ ∅ _____

c._____

d._____

Result: _____ Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No ✓

Name and location of court: _____ ∅ _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1   need more space.  Answer the same questions for each claim.

2       [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5   Claim One: Petitioners state Habeas corpus was denied in error by the superior

6   court who did not rule on all grounds / claims

7   Supporting Facts: Petitioner raised several Due process claims as stated here in

8   each of which were ignored, overlooked and not ruled on by the california

9   Superior caut of Del Norte County, and subsequently ignored by all state courts,

10  court relied on an alleged Security claim to justify denial.

11  Claim Two: There is No Evidence to support the charge of "unauthorized

12  Business Dealings" or the finding of guilt for Rules violation report

13  Supporting Facts: Petitioner only donated Art work and Pro-se to non-profit group

14  with a understanding that he would not receive any compensation or benifit from such

15  donation.  Petitioner has never received any monies or payment from Non-profit group

16  and Defendants did not present any such evidence

17  Claim Three: The failure of Prison officials to appoint an Investigative Employee

18  based on Petitioners solitary confinement violated right to fair Hearing / Due Process

19  Supporting Facts: Petitioner has been housed in solitary confinement in the security

20  Housing unit (SHU) at all times, and requested assignment of investigative employee

21  for assistance in gathering witness testimony and other evidence because he is

22  confined to his cell 22½ hrs a day in order that he can prepare a fair defence.

23      If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  Claims four through Nine, listed on following page No. 7

26

27  ( All grounds have been presented to state courts )

28

<u>Claim Four</u>: Denial to have witnesses present or made available at Disciplinary Hearing violated Due Process and the right to a fair Hearing.

<u>Supporting Facts</u>: Petitioner made request for witnesses to be present and indicated he would discuss witnesses with Investigative Employee, however no such investigator was assigned to petitioner, thus at Hearing Petitioner again asserted his request for witnesses to be present or made available by phone. The Senior Hearing officer Lt. Rice, informed Petitioner that No witnesses were available and would not be made available and that the hearing would go on with or without Petitioner being present.

<u>Claim Five</u>: Denial to allow Petitioner to present evidence on his own behalf violated Petitioners right to a fair hearing and Due Process.

<u>Supporting Facts</u>: At Petitioners disciplinary hearing he presented the Senior Hearing officer several documents, a letter from Ms. Ghiz operator of the non-profit group Art-release.org outlining the conditions of which were attached to my donation of art Work which included giving up all and any rights to art work and any entitlement to it. Petitioner also presented other documents showing that he had donated other art work, time and funds to other non profit groups such as Families To Amend Calif. Three strikes law (F.A.C.T.S.), the Jane Goodall Institute (J.G.I.). He also presented a list of questions for witnesses and Reporting Employee. However, Senior Hearing officer ignored them and never even considered them or document them.

<u>Claim Six</u>: Denial of Disclosure of Confidential information violated Petitioners right to confront and defend himself against such information.

<u>Supporting facts</u>: The disclosure of the confidential memorandum and all information there in was denied by the Senior hearing officer based on the alleged "divulging this informations would endanger the safety of Persons and jeopardize the security of the institution". However, the only confidential information contained there in is Personal information about individuals related to the charge and other information not relevant to Petitioners guilt or otherwise related to confidential criteria, Such information can not be used to keep all factual or other information that may have helped Petitioner in his defense. Any personal information and the such should have been redacted and all other information provided to Petitioner or not relied on by the senior Hearing Officer in the Hearing to find Petitioner guilty.

<u>Claim Seven</u>: The charge of unauthorized Business Dealings is not a chargeable offense under serious rules violation.

<u>Supporting facts</u>: The state rules and regulations under the California Code of Regulations Title 15 list all offenses that are chargable as serious rule violations, this charge is not one of them, resulting in a violation of Petitioners Due process and freedom of association and expression.

<u>Claim Eight</u>: The actions of Prison officials violated Petitioners First Amendment right and motivated by Retaliation.

<u>Supporting Facts</u>: Petitioner has relied on his freedom of speech, association and expression in speaking out via his political art work, art work and Pro-se writtings against the cruel and harsh conditions suffered by him and other prisoners confined in Pelican Bay State Prison, Security Housing unit based on a policy that is overbroad, vague and only purpose is to punish, break or otherwise harm Prisoners who do not conform to the Prison industrial complex's brain washing scheme's and snitching rewards system. Petitioner also speaks out against Californias Three strikes law, and works to helps Youth at risk all of which goes against the ideals and beliefs of Prison officials. After exercising this legal right Petitioner has been charged with this rules violations which has been detrimental to him.

<u>claim Nine</u>: The charge violated the Double Jeopardy clause, as Petitioner was charged for the same alleged violation with the same non-profit group with the same art work.

<u>Supporting facts</u>: Petitioner had previously been charged with the same alleged offense, with the same non-profit group (artrelease.org) with the same donated art work and Pro-se and the charge was dropped in the interest of justice as there was as is now no evidence to support the charge. Disatisfied the reporting employee once again filed charges and this time made sure the Senior Hearing officer was hand picked, infact some one he had known for 16 yrs. thus, under the same set of circumstances I was twice charged and put in jeopardy.

Case Citations for each claim:

Claim one: Walker V. Sumner (9th cir. 1990) 917 F.2d. 382,386 ; Reed v. Faulkner, (7th cir. 1988) 842 F.2d. 960, 963 ; Crofton V. Roe (9th cir. 1999) 170 F.3d. 957.

Claim Two: Superintendant V. Hill (1985) 472 U.S. 445, 456 ; U.S. Const. 14th Amend.

Claim Three: Wolff V. Mc Donnell (1974) 418 U.S. 570 ; U.S. Const. 14 Amend.

Claim Four: Wolff V. Mc Donnell (1974) 418 U.S. 539 ; Ponte v. Real (1985) 105 S. ct 2197; U.S. Const. 14 Amend.

Claim Five: Wolff V. Mc Donnell (1974) 418 U.S. 539, 566 ; U.S. Const. 14th Amend.

Claim Six: Zimmerly V. Keeney, (9th. Cir. 1987) 831 F.2d. 183,196 and fn.1 ; Cato v. Rushen (9th. cir 1987) 824 F.2d. 703 ; Pratt v. Rowland (N.D. Cal. 1991) 770 F. Supp. 1399 - 1401 .

Claim Seven: Superintendant V. Hill, (1985) 472 U.S. 445 ; Crofton V. Roe (9th cir. 1999) 170 F.3d 957.

Claim Eight: U.S. V. Goodwin, 457 U.S. 368, 73 L.Ed. 2d. 74,102 S. ct. 2385 (1982) ; Procunier V. Martinez, 416 U.S. 396, 40 L.Ed. 2d 224, 94 s.ct 1800 (1974); U.S. Const. 1st. Amend.

Claim Nine: Benton V. Maryland, 395 U.S. 784, 795 - 796 , 89 S.ct 2056, 23 L.Ed. 2d. 707 ; U.S. V. Dixon (1993) 509 U.S. 688, 125 L.Ed. 2d. 556, 113 s.ct 2849; U.S. V. Booklier (9th cir. 1981) 637 F.2d. 620 ; Bartkus V. Illinois, (1959) 359 U.S. 121, 151-155, 79 s.ct. 676,697, 3 L.Ed. 2d. 684; North Carolina V. Pearce (1969) 395 U.S. 711.

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3  of these cases:

4    ( See attached at page 10 for each citation for each claim )

5  _____

6  _____

7  Do you have an attorney for this petition?                          Yes____    No ✓

8  If you do, give the name and address of your attorney:

9  _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on _August 3, 2008_          _____

14            Date                                    Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

-10-

PET. FOR WRIT OF HAB. CORPUS

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101a #2105.5, 20 U.S.C. 1746)

I, _Gabriel Reyes_, am a resident of Pelican Bay State Prison, in the County of Dei Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _6_ day of _August_, in the year of 20___, I served the following documents: (set forth the exact title of documents served)

_Federal writ of Habeas Corpus_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_Attorney Generals office_
_455 Golden Gate Ave #11000_
_San Francisco, Ca. 94102_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _6_ day of _August_, 20_08_.

Signed: _____
(Declarant Signature)

Rev. 12/06

NAME Gabriel Reyes
CDC NO. C88946   HOUSING DS-121
PELICAN BAY STATE PRISON
PO BOX 7500
CRESCENT CITY, CA. 95532



RECEIVED

AUG 11 2008

FILED IN CHAMBERS
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

**CONFIDENTIAL LEGAL MAIL**

D DePew CTA                          8-7-08