ORIGINAL
FILED
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

PJH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabriel R. Reyes, Plaintiff,

vs.

Robert Horel, warden. et.al. Defendant.

CV 08 3851

CASE NO. ______

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Gabriel Reyes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___ Ø ___ Net: ___ Ø ___

Employer: ______

______

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ____

b. Income from stocks, bonds, or royalties? — Yes ____ No ____

c. Rent payments? — Yes ____ No ____

d. Pensions, annuities, or life insurance payments? — Yes ____ No ____

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? — Yes ____ No ✓

Spouse's Full Name: ______________________________________________

Spouse's Place of Employment: ______________________________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________________ Net $______________________

4. a. List amount you contribute to your spouse's support : $ ______________

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ✓

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

______________________________________________ N/A

Present balance(s): $ ____________

Do you own any cash? Yes ____ No ____ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ ____________ Utilities: ____________

Food: $ 45.00 Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ 0 | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/3/07
DATE

[signature]
SIGNATURE OF APPLICANT

Case Number:__________________

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Gabriel Ralph Reyes C88996 for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $181.67 and the average balance in the prisoner's account each month for the most recent 6-month period was $373.14. (20%= $74.63)

Dated: ______________

______________________________
Authorized officer of the institution



CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCOUNT NUMBER : C88996 BED/CELL NUMBER: DF05L 000000121L
ACCOUNT NAME : REYES, GABRIEL RALPH ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2008 | | BEGINNING BALANCE | | | | | 153.60 |
| 02/04 | FC05 | DRAW-FAC 5 | 3365 D-4 | | | 45.00 | 108.60 |
| 02/07 | W502 | POSTAGE CHARG | 3486 | | | 0.41 | 108.19 |
| 02/07 | W502 | POSTAGE CHARG | 3486 | | | 0.41 | 107.78 |
| 02/07 | W502 | POSTAGE CHARG | 3486 | | | 0.41 | 107.37 |
| 02/07 | W502 | POSTAGE CHARG | 3486 | | | 0.41 | 106.96 |
| 02/07 | W502 | POSTAGE CHARG | 3486 | | | 0.58 | 106.38 |
| 02/08 | W415 | CASH WITHDRAW | 3490 CKREQ | 283149776 | | 44.00 | 62.38 |
| 02/14 | W502 | POSTAGE CHARG | 3577 | | | 0.41 | 61.97 |
| 02/14 | W502 | POSTAGE CHARG | 3577 | | | 2.46 | 59.51 |
| 02/20 | W502 | POSTAGE CHARG | 3631 | | | 1.31 | 58.20 |
| 02/20 | W502 | POSTAGE CHARG | 3631 | | | 1.14 | 57.06 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.41 | 56.65 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 1.14 | 55.51 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.97 | 54.54 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.97 | 53.57 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 1.14 | 52.43 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.41 | 52.02 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.41 | 51.61 |
| 02/21 | W502 | POSTAGE CHARG | 3664 | | | 0.41 | 51.20 |
| 03/03 | FC05 | DRAW-FAC 5 | 3812 D-4 | | | 45.00 | 6.20 |
| 03/04 | D300 | CASH DEPOSIT | 3840 #171 | | 100.00 | | 106.20 |
| 03/04 | D300 | CASH DEPOSIT | 3840 #171 | | 50.00 | | 156.20 |
| 03/05 | W502 | POSTAGE CHARG | 3874 | | | 0.41 | 155.79 |
| 03/06 | W502 | POSTAGE CHARG | 3920 | | | 0.41 | 155.38 |
| 03/06 | W502 | POSTAGE CHARG | 3920 | | | 0.41 | 154.97 |
| 03/06 | W502 | POSTAGE CHARG | 3920 | | | 0.41 | 154.56 |
| 03/07 | W502 | POSTAGE CHARG | 3961 | | | 1.65 | 152.91 |
| 03/17 | W415 | CASH WITHDRAW | 4063 CKREQ | 283150145 | | 35.00 | 117.91 |
| 03/21 | D300 | CASH DEPOSIT | 4109 #184 | | 100.00 | | 217.91 |
| 03/25 | W502 | POSTAGE CHARG | 4179 | | | 3.28 | 214.63 |
| 03/26 | W512 | LEGAL POSTAGE | 4193 | | | 9.80 | 204.83 |
| 03/26 | W512 | LEGAL POSTAGE | 4193 | | | 2.50 | 202.33 |
| 03/27 | W502 | POSTAGE CHARG | 4207 | | | 0.41 | 201.92 |
| 03/27 | W502 | POSTAGE CHARG | 4207 | | | 1.65 | 200.27 |
| 03/28 | D300 | CASH DEPOSIT | 4222 #189 | | 200.00 | | 400.27 |
| 04/01 | D340 | EFT DEPOSIT | 4250JP#372 | | 100.00 | | 500.27 |
| 04/02 | D300 | CASH DEPOSIT | 4253 #191 | | 50.00 | | 550.27 |
| 04/02 | W516 | LEGAL COPY CH | 4256 | | | 0.90 | 549.37 |
| 04/02 | W516 | LEGAL COPY CH | 4256 | | | 37.60 | 511.77 |
| 04/02 | FC05 | DRAW-FAC 5 | 4283 D-5 | | | 45.00 | 466.77 |
| 04/03 | W536 | COPAY CHARGE | 4314M04/02 | | | 5.00 | 461.77 |
| 04/07 | W512 | LEGAL POSTAGE | 4419 | | | 1.48 | 460.29 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCT: C88996 ACCT NAME: REYES, GABRIEL RALPH ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/10 | D300 | CASH DEPOSIT | 4454 #196 | | 50.00 | | 510.29 |
| 04/15 | W415 | CASH WITHDRAW | 4505 CKREQ | 283150466 | | 44.00 | 466.29 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 465.88 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 465.47 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 465.06 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 464.65 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 464.24 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 463.83 |
| 04/17 | W502 | POSTAGE CHARG | 4554 | | | 0.41 | 463.42 |
| 04/18 | W502 | POSTAGE CHARG | 4580 | | | 0.97 | 462.45 |
| 04/25 | W512 | LEGAL POSTAGE | 4665 | | | 1.31 | 461.14 |
| 04/25 | W512 | LEGAL POSTAGE | 4665 | | | 1.31 | 459.83 |
| 04/25 | W512 | LEGAL POSTAGE | 4665 | | | 1.31 | 458.52 |
| 04/28 | W516 | LEGAL COPY CH | 4683 | | | 6.90 | 451.62 |
| 04/30 | D300 | CASH DEPOSIT | 4695 #210 | | 50.00 | | 501.62 |
| 05/02 | FC05 | DRAW-FAC 5 | 4778 D-5 | | | 45.00 | 456.62 |
| 05/02 | W415 | CASH WITHDRAW | 4736 CKREQ | 283150675 | | 300.00 | 156.62 |
| 05/13 | W502 | POSTAGE CHARG | 4938 | | | 1.31 | 155.31 |
| 05/14 | W502 | POSTAGE CHARG | 4961 | | | 1.68 | 153.63 |
| 05/20 | W512 | LEGAL POSTAGE | 5042 | | | 9.40 | 144.23 |
| 05/20 | W512 | LEGAL POSTAGE | 5042 | | | 5.05 | 139.18 |
| 05/20 | W502 | POSTAGE CHARG | 5054 | | | 0.42 | 138.76 |
| 05/20 | W502 | POSTAGE CHARG | 5054 | | | 0.42 | 138.34 |
| 05/20 | W502 | POSTAGE CHARG | 5054 | | | 0.42 | 137.92 |
| 05/21 | W502 | POSTAGE CHARG | 5077 | | | 0.01 | 137.91 |
| 05/21 | W516 | LEGAL COPY CH | 5080 | | | 62.45 | 75.46 |
| 05/22 | W502 | POSTAGE CHARG | 5096 | | | 0.41 | 75.05 |
| 05/23 | D340 | EFT DEPOSIT | 5121JP#453 | | 100.00 | | 175.05 |
| 05/28 | D300 | CASH DEPOSIT | 5150 #228 | | 50.00 | | 225.05 |
| 05/28 | W502 | POSTAGE CHARG | 5174 | | | 0.01 | 225.04 |
| 05/28 | W502 | POSTAGE CHARG | 5174 | | | 0.01 | 225.03 |
| 06/02 | D300 | CASH DEPOSIT | 5204C1CL08 | | 90.00 | | 315.03 |
| 06/02 | W512 | LEGAL POSTAGE | 5220 | | | 0.42 | 314.61 |
| 06/03 | FC05 | DRAW-FAC 5 | 5249 D-5 | | | 45.00 | 269.61 |
| 06/04 | W512 | LEGAL POSTAGE | 5268 | | | 0.42 | 269.19 |
| 06/04 | W502 | POSTAGE CHARG | 5279 | | | 0.01 | 269.18 |
| 06/04 | W502 | POSTAGE CHARG | 5279 | | | 0.01 | 269.17 |
| 06/04 | W502 | POSTAGE CHARG | 5279 | | | 0.01 | 269.16 |
| 06/04 | W502 | POSTAGE CHARG | 5279 | | | 0.01 | 269.15 |
| 06/04 | W415 | CASH WITHDRAW | 5270 CKREQ | 283150973 | | 35.00 | 234.15 |
| 06/10 | W502 | POSTAGE CHARG | 5409 | | | 1.00 | 233.15 |
| 06/10 | W502 | POSTAGE CHARG | 5409 | | | 1.00 | 232.15 |
| 06/16 | W516 | LEGAL COPY CH | 5477 | | | 1.80 | 230.35 |
| 06/17 | W512 | LEGAL POSTAGE | 5506 | | | 1.00 | 229.35 |
| 06/17 | W512 | LEGAL POSTAGE | 5506 | | | 1.00 | 228.35 |
| 06/18 | W502 | POSTAGE CHARG | 5542 | | | 0.01 | 228.34 |
| 06/18 | W502 | POSTAGE CHARG | 5542 | | | 0.01 | 228.33 |
| 06/18 | W502 | POSTAGE CHARG | 5542 | | | 0.01 | 228.32 |
| 06/18 | W502 | POSTAGE CHARG | 5542 | | | 0.01 | 228.31 |
| 06/19 | W701 | USE TAX | 5557 SP20 | | | 1.44 | 226.87 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCT: C88996 ACCT NAME: REYES, GABRIEL RALPH ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/19 | W350 | SPECIAL PURCH | 5557 SP20 | 283151158 | | 23.40 | 203.47 |
| 06/24 | W512 | LEGAL POSTAGE | 5624 | | | 1.34 | 202.13 |
| 06/24 | W512 | LEGAL POSTAGE | 5624 | | | 1.34 | 200.79 |
| 06/25 | W502 | POSTAGE CHARG | 5650 | | | 0.42 | 200.37 |
| 06/25 | W502 | POSTAGE CHARG | 5650 | | | 0.42 | 199.95 |
| 06/25 | W502 | POSTAGE CHARG | 5650 | | | 0.42 | 199.53 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.52 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.51 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.50 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.49 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.48 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.42 | 199.06 |
| 06/26 | W502 | POSTAGE CHARG | 5679 | | | 0.01 | 199.05 |
| 07/01 | D300 | CASH DEPOSIT | 0001 #01 | | 50.00 | | 249.05 |
| 07/01 | W415 | CASH WITHDRAW | 0004 CKREQ | 283151265 | | 31.00 | 218.05 |
| 07/02 | D340 | EFT DEPOSIT | 0011JP#02 | | 100.00 | | 318.05 |
| 07/02 | W516 | LEGAL COPY CH | 0010 | | | 4.00 | 314.05 |
| 07/08 | W512 | LEGAL POSTAGE | 0099 | | | 1.00 | 313.05 |
| 07/08 | FC05 | DRAW-FAC 5 | 0123 D5 | | | 45.00 | 268.05 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 267.63 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 267.21 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 1.00 | 266.21 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 265.79 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 265.37 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 264.95 |
| 07/10 | W502 | POSTAGE CHARG | 0205 | | | 0.42 | 264.53 |
| 07/11 | W501 | SHIPPING CHAR | 0229 | | | 6.44 | 258.09 |
| 07/11 | W517 | WRAP/S | 0229 | | | 0.50 | 257.59 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 2.19 | 255.40 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 1.00 | 254.40 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 1.17 | 253.23 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 1.17 | 252.06 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 1.17 | 250.89 |
| 07/14 | W512 | LEGAL POSTAGE | 0237 | | | 1.17 | 249.72 |
| 07/22 | W516 | LEGAL COPY CH | 0382 | | | 1.80 | 247.92 |
| 07/22 | W516 | LEGAL COPY CH | 0382 | | | 5.40 | 242.52 |
| 07/22 | W516 | LEGAL COPY CH | 0382 | | | 3.60 | 238.92 |
| 07/22 | W512 | LEGAL POSTAGE | 0385 | | | 1.34 | 237.58 |
| 07/22 | W512 | LEGAL POSTAGE | 0385 | | | 1.00 | 236.58 |
| 07/22 | W512 | LEGAL POSTAGE | 0385 | | | 1.17 | 235.41 |
| 07/23* | W502 | POSTAGE CHARG | 0397 | | | 0.42 | 234.99 |
| 07/23* | W502 | POSTAGE CHARG | 0397 | | | 1.17 | 233.82 |
| 07/25 | W502 | POSTAGE CHARG | 0431 | | | 0.42 | 233.40 |
| 07/25 | W502 | POSTAGE CHARG | 0431 | | | 0.42 | 232.98 |
| 07/28 | W701 | USE TAX | 0441 SP15 | | | 2.53 | 230.45 |
| 07/28 | W516 | LEGAL COPY CH | 0446 | | | 1.40 | 229.05 |
| 07/28 | W350 | SPECIAL PURCH | 0441 SP15 | 283151487 | | 38.45 | 190.60 |
| 07/28 | W512 | LEGAL POSTAGE | 0450 | | | 1.68 | 188.92 |
| 07/28 | W512 | LEGAL POSTAGE | 0450 | | | 1.00 | 187.92 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 187.50 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Kleppin
TRUST OFFICE

PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCT: C88996 ACCT NAME: REYES, GABRIEL RALPH ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 187.08 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 186.66 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 186.24 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 185.82 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 185.40 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 184.98 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 184.56 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 184.14 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 183.72 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 183.30 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 182.88 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 182.46 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 182.04 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 181.62 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 181.20 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 180.78 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 0.42 | 180.36 |
| 07/31 | W502 | POSTAGE CHARG | 0521 | | | 1.51 | 178.85 |
| 08/01 | W516 | LEGAL COPY CH | 0530 | | | 1.30 | 177.55 |
| 08/01 | W516 | LEGAL COPY CH | 0530 | | | 1.10 | 176.45 |
| 08/01 | W512 | LEGAL POSTAGE | 0532 | | | 1.17 | 175.28 |
| 08/01 | W512 | LEGAL POSTAGE | 0532 | | | 1.17 | 174.11 |
| 08/04 | W415 | CASH WITHDRAW | 0553 CKREQ | 283151578 | | 88.00 | 86.11 |
| 08/04 | W502 | POSTAGE CHARG | 0552 | | | 0.42 | 85.69 |
| 08/04 | W502 | POSTAGE CHARG | 0552 | | | 0.42 | 85.27 |
| 08/04 | W502 | POSTAGE CHARG | 0552 | | | 0.42 | 84.85 |
| 08/04 | W502 | POSTAGE CHARG | 0552 | | | 0.42 | 84.43 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 153.60 | 1,090.00 | 1,159.17 | 84.43 | 0.00 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 8-5-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CURRENT AVAILABLE BALANCE

84.43